# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

James Hassler,

                Plaintiff,      Case No. 19-cv-12454

v.                                   Judith E. Levy
                                   United States District Judge

St. Clair County Treasurer's
Office, *et al.*,                Mag. Judge Anthony P. Patti

                Defendant.

_____/

# ORDER ADOPTING REPORT AND RECOMMENDATION [9]

Before the Court is Magistrate Judge Patti's September 13, 2019 report and recommendation (ECF No. 9) recommending the Court deny plaintiff James Hassler's motion for a temporary restraining order. (ECF No. 8.) The parties were required to file specific written objections to the report and recommendation within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless thoroughly reviewed the report and recommendation and

concurs in the reasoning and result. Accordingly, the report and recommendation (ECF No. 9) is ADOPTED.[1]

IT IS SO ORDERED.

Dated: October 1, 2019　　　　　s/Judith E. Levy
　　Ann Arbor, Michigan　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 1, 2019.

　　　　　　　　　　　　　　　　s/Shawna Burns
　　　　　　　　　　　　　　　　SHAWNA BURNS
　　　　　　　　　　　　　　　　Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).