UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

James Hassler,

                    Plaintiff,        Case No. 19-12454

v.                                   Judith E. Levy
                                           United States District Judge
St. Clair County Treasurers Office,
*et al.*,                               Mag. Judge Anthony P. Patti

                    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [12]

Before the Court is Magistrate Judge Patti's Report and Recommendation recommending the Court dismiss, without prejudice, Plaintiff's claims against Defendants for failure to effect timely service and for failure to show cause. (ECF No. 12.) The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 12) is ADOPTED; and

Plaintiff's claims against Defendants are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: September 29, 2020      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 29, 2020.

    s/William Barkholz
    WILLIAM BARKHOLZ
    Case Manager